26-cv-6008-EAW

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of New York

_____ Division

UNITED STATES DISTRICT COURT
FILED
JAN 05 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Thomas Croome

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Sandra Amoia, Erie County Correctional Health

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Thomas Croome | ICN:94051 |
| Street Address | 11581 Walden Ave | |
| City and County | Alden | Erie |
| State and Zip Code | New York | 14004 |
| Telephone Number | 716-937-5585 | |
| E-mail Address | not at this time | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | Sandra Amoia          (individual) |
| Job or Title *(if known)* | Deputy superintendent |
| Street Address | 10 Delaware Ave |
| City and County | Buffalo                                   Erie |
| State and Zip Code | New York                              14202 |
| Telephone Number | Unknown at this time |
| E-mail Address *(if known)* | Uknown at this time |

### Defendant No. 2

| | |
|---|---|
| Name | Erie County Correctional Health (Government agency) |
| Job or Title *(if known)* | Medical for Erie County Jails |
| Street Address | 10 Delaware Ave |
| City and County | Buffalo                                   Erie |
| State and Zip Code | New York                              14202 |
| Telephone Number | Unknown at this time |
| E-mail Address *(if known)* | Unknown at this time |

### Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

### Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
My following amendments have been violated 6th,8th,10th,13th,14th and the following Treaties have been broken U.S-U.N. Human medical treatment of injailed peoples world wide,Human rights of receiving treatment for injury of injailed peoples world wide.The north Amarican treaties of medical treatment of people injailed U.S.,CAN.,MEX. and the following federal laws Fair and good Medical treatment for people in Town, City,County,State,and Federal prisons and jails.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A _____ , is a citizen of the State of *(name)*  N/A _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A _____ , is incorporated under the laws of the State of *(name)*    N/A _____ ,

and has its principal place of business in the State of *(name)*

N/A _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  N/A _____ , is a citizen of the State of *(name)*   N/A _____ . Or is a citizen of *(foreign nation)*   N/A _____ .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* N/A _____ , is incorporated under

the laws of the State of *(name)* N/A _____ , and has its

principal place of business in the State of *(name)* N/A _____ .

Or is incorporated under the laws of *(foreign nation)* N/A _____ ,

and has its principal place of business in *(name)* N/A _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount at stake is 1 million dollars for the violations of my rights and laws that protect my rights and my health

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

#1.Sandra Amoia is the person who is in comand of both Erie County Correctional Jails and Erie County Correctional Heath she gives the final order to give treatment to see a Doctor or not ,She her self is not a doctor and has no clue to if some one needs treatment,The workesrs in Erie county medical are not doctors and have no clue if some one needs medical treatment,Sandra Amoia knows I broke my arm from the state of direpare in the facility and still refuses to send me for treatment.Erie County Correctional health Does not treat injuies they only do med management and know my arm needs treatment outside of the facility and refuses to send me on orders from Sandra Amoia not taking care of my heath issuses while in custody meaning in care of Erie county.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking relief for damages in the amount of 1 million dollars, and what ever further relief the court deems fair and just for the following,Pain and suffing,Both mental and physical,on going P.T.S.D. and other injuies not yet seen. Further I would Ask this Court to please conjoin this complaint,and relief requested to my other case, number 25-Cv-6506 as they are related to each other.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _12 - 23 - 25_

Signature of Plaintiff

Printed Name of Plaintiff    Thomas Croome    ICN:9405

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    N/A

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Street Address    N/A

State and Zip Code    N/A

Telephone Number    N/A

E-mail Address    N/A



CROOME      ICN# 94051

Erie County Correctional Facility
11581 Walden Ave – Alden, New York 14004

BUFFALO NY 140
31 DEC 2025 AM 5 L

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 14202
02 7H
0006243218

$ 000.74
DEC 30 2025

Attn: Clerk of the Court
US Court house Federal Building
100 State street Room 2120
Rochester New York 14614

14614-136899